# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LUEVANO, | Case No. 1:23-cv-01749-JLT-BAM (PC) |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER |
| v. | (ECF No. 20) |
| MATA, *et al.*, | |
| Defendants. | |

Plaintiff Daniel David Luevano ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Mota[1] and Navarro for their delayed response to the attack once it began on Plaintiff, in violation of the Eighth Amendment. The case is currently stayed and is set for a settlement conference on November 12, 2024 before Magistrate Judge Stanley A. Boone. (ECF No. 19.)

On September 3, 2024, Defendants answered Plaintiff's complaint. (ECF No. 18.) On September 25, 2024, Plaintiff filed a response to Defendants' answer in the form of an opposition. (ECF No. 20.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R.

---

[1] Erroneously sued as "Mata."

1

Civ. P. 7(a). The Court has not ordered a reply to Defendants' answer and declines to make such an order.

Accordingly, Plaintiff's opposition to Defendants' answer, filed September 25, 2024, (ECF No. 20), is HEREBY STRICKEN from the record. This case remains scheduled for a settlement conference on November 12, 2024.

IT IS SO ORDERED.

Dated:  **September 27, 2024**          /s/ Barbara A. McAuliffe          
                                        UNITED STATES MAGISTRATE JUDGE

2