# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LUEVANO,<br><br>            Plaintiff,<br><br>     v.<br><br>MATA, *et al.*,<br><br>            Defendants. | Case No.  1:23-cv-01749-BAM (PC)<br><br>ORDER STAYING BRIEFING ON DEFENDANT'S MOTION FOR AN ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS<br>(ECF No. 29)<br><br>ORDER FOR PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Daniel David Luevano ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds against Defendants Mota[1] and Navarro ("Defendants") for their delayed response to the attack once it began on Plaintiff, in violation of the Eighth Amendment.  All parties have consented to United States Magistrate Judge jurisdiction.  (ECF No. 28.)

On February 25, 2025, Defendants filed a motion for an order revoking Plaintiff's *in forma pauperis* status on the ground that Plaintiff was granted *in forma pauperis* status under 28

---
[1] Erroneously sued as "Mata."

U.S.C. § 1915(b)(1)'s prisoner provision, but Plaintiff is no longer a prisoner.  (ECF No. 29.) Plaintiff has not yet had the opportunity to file a response.

In the motion, Defendants argue that now that Plaintiff has been released from prison, the Court should revoke Plaintiff's previously granted IFP status, require Plaintiff to submit an affidavit in support of any new request to proceed IFP under 28 U.S.C. § 1915(a)(1), and dismiss the action if Plaintiff fails to either pay the filing fee or submit a new IFP application.  (ECF No. 29.)

Upon review of the filing, the Court finds it appropriate to stay briefing on the motion to revoke Plaintiff's *in forma pauperis* status and for Plaintiff to file a non-prisoner application to proceed *in forma pauperis*.  Upon receipt and review of the application, the Court will reset the deadline for Plaintiff to file a response to Defendants' motion to revoke, as necessary and appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Briefing on Defendants' motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 29), is STAYED;
2. The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma pauperis* for a **non-prisoner**;
3. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed;
4. **No requests for extension will be granted without a showing of good cause; and**
5. **Failure to comply with this order will result in dismissal of this action, without prejudice, for failure to prosecute and failure to comply with a court order.**

IT IS SO ORDERED.

Dated:   **February 26, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2