# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LUEVANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01749-BAM (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS AS MOOT<br>(ECF No. 29)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER<br>(ECF No. 40) |

   Plaintiff Daniel David Luevano ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds against Defendants Mota[1] and Navarro ("Defendants") for their delayed response to the attack once it began on Plaintiff, in violation of the Eighth Amendment.  All parties consented to United States Magistrate Judge jurisdiction.  (ECF No. 28.)

   On February 25, 2025, Defendants filed a motion to revoke Plaintiff's *in forma pauperis* status on the ground that Plaintiff was granted *in forma pauperis* status under 28 U.S.C. § 1915(b)(1)'s prisoner provision, but Plaintiff was no longer a prisoner.  (ECF No. 29.)  The Court stayed briefing on Defendants' motion and directed Plaintiff to file an application to

---

[1] Erroneously sued as "Mata."

1

proceed *in forma pauperis* for a non-prisoner within thirty (30) days. (ECF No. 30.) Plaintiff did not file a response or otherwise communicate with the Court. Accordingly, on April 15, 2025, the Court dismissed this action, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute. (ECF No. 33.) Judgment was entered accordingly the same date. (ECF No. 34.)

On July 1, 2025, Plaintiff filed a motion for reconsideration explaining that although Plaintiff had been released from custody, he was still living in a locked down medical drug and alcohol facility, and provided an updated mailing address. (ECF No. 38.) The Court granted Plaintiff's motion for reconsideration, reopened the case, reinstated Defendants' motion to revoke Plaintiff's *in forma pauperis* status, and provided Plaintiff a further opportunity to submit an application to proceed *in forma pauperis* as a non-prisoner. (ECF No. 39.)

Currently before the Court is Plaintiff's motion to proceed *in forma pauperis* as a non-prisoner, filed July 24, 2025. (ECF No. 40.) The Court finds that responses to Plaintiff's application to proceed *in forma pauperis* and Defendants' motion to revoke Plaintiff's *in forma pauperis* status are unnecessary, and the motions are deemed submitted. Local Rule 230(l).

Upon review of Plaintiff's renewed *in forma pauperis* application, the Court finds that Plaintiff has demonstrated that he remains unable to afford the costs of this action as a non-prisoner. Specifically, Plaintiff states that while he recently received $8,000 in funds from his mother's estate, those funds were used to pay Plaintiff's outstanding personal loans, bills, and restitution to the California Victim Compensation Board. Payment to the California Victim Compensation Board is confirmed by exhibits attached to Plaintiff's application. (ECF No. 40, pp. 5–7.) In addition, although Plaintiff is employed in part time work, Plaintiff states that he only works one day per week, and due to an injury he may miss work for the next one to four weeks. (*Id.* at 1–4, 8.) Finally, Plaintiff has attached receipts showing his current available balances in his checking and savings accounts as $136.55 and $5.00, respectively, as of July 18, 2025. (*Id.* at 9.) The application is signed under penalty of perjury. (*Id.* at 2.)

Based on the foregoing, the application to proceed *in forma pauperis* as a non-prisoner is granted. Defendants' motion to revoke Plaintiff's *in forma pauperis* status based solely on

Plaintiff's release from custody, is therefore denied as moot.  The Court will issue an amended discovery and scheduling order by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 29), is DENIED as moot;
2. Plaintiff's motion to proceed *in forma pauperis* as a non-prisoner, (ECF No. 40), is GRANTED; and
3. The Court will issue an amended discovery and scheduling order by separate order.

IT IS SO ORDERED.

Dated:  **July 25, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE