# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LUEVANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01749-BAM<br><br>ORDER REGARDING NOTICE OF SETTLEMENT AND SETTING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 43)<br><br>**Deadline:  September 12, 2025** |

　　　Plaintiff Daniel David Luevano is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

　　　On August 22, 2025, Defendants Mota[1] and Navarro ("Defendants") filed a notice that the parties reached a settlement in this matter.  (ECF No. 43.)  Defendants indicate that the settlement will resolve the case in its entirety, but the parties require additional time to complete settlement paperwork and file dispositional documents.  Defendants therefore request, as permitted by Local Rule 160(b), that the Court allow the parties 21 days from the date of the notice to file dispositional documents.  (*Id.*)

　　　Having considered the request, and pursuant to Local Rule 160, the Court orders the parties, no later than **September 12, 2025**, to file appropriate papers to dismiss or conclude this

---

[1] Erroneously sued as "Mata."

1

action in its entirety. The Court VACATES all pending dates and matters. The parties are advised that failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **August 25, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE