1
2
3
4

# UNITED STATES DISTRICT COURT

5

### EASTERN DISTRICT OF CALIFORNIA

6

7  DANIEL DAVID LUEVANO,

8                              Plaintiff,

9          v.

10  MATA, *et al.*,

11                              Defendants.

|  |  |
|---|---|
| Case No.  1:23-cv-01749-BAM (PC) | |
| ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | |
| (ECF No. 45) | |

12

13        Plaintiff Daniel David Luevano ("Plaintiff") is a former state prisoner proceeding *pro se*

14  and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

15        Currently before the Court is a stipulation for dismissal of this action with prejudice

16  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.  (ECF No.

17  45.)  The stipulation is signed by Plaintiff and counsel for Defendants Mota[1] and Navarro, and

18  indicates that each party shall bear its own litigation costs and attorneys' fees.

19        Accordingly, this action is terminated by operation of law without further order from the

20  Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending

21  deadlines and court dates and close this case.

22

23  IT IS SO ORDERED.

24      Dated:   **September 4, 2025**                    /s/ *Barbara A. McAuliffe*
25                                                            UNITED STATES MAGISTRATE JUDGE
26
27

_____

28  [1] Erroneously sued as "Mata."

1